IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff. | ) ) ) | |
| v. | ) ) | Case No. 3:11-00083-(19) Chief Judge Haynes |
| JUANA EDITH VELA-SALINAS, | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

A hearing in this action is set for **Monday, July 15, 2013 at 3:00 p.m.** to discuss Defendant's financial affidavit with Mr. Martin and determine her eligibility for court-appointed counsel.

It is so **ORDERED**.

ENTERED this the _8th_ day of July, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court