IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff. | ) ) ) |
| v. | ) Case No. 3:11-00083-(19) |
| | ) Chief Judge Haynes |
| JUANA EDITH VELA-SALINAS, | ) ) |
| Defendant. | ) |

## ORDER

A hearing in this action is set for **Monday, July 15, 2013 at 3:00 p.m.** to discuss Defendant's financial affidavit with Mr. Martin and determine her eligibility for court-appointed counsel.

It is so **ORDERED**.

**ENTERED** this the ____ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court