UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:11-000083-19 |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM HAYNES, |
| JUANA VELA-SALINAS | ) CHIEF JUDGE |

### JUANA VELA-SALINAS' MOTION TO STRIKE PREVIOUSLY FILED MOTIONS

Defendant, Juana Edith Vela-Salinas, respectfully requests that this Honorable Court strike the Motion For Bill of Particulars and the Motion To Dismiss Indictment previously filed by Ms. Vela-Salinas so that the parties can proceed to trial on February 18, 2014, as scheduled.

*[Handwritten annotation: "My motion to strike is GRANTED and the motion to dismiss is DENIED as moot." signed/dated 2-6-14]*

Respectfully Submitted:

/s *Deanna Bell Johnson*
Deanna Bell Johnson
Post Office Box 2494
Brentwood, TN 37027
(615) 403-6622

1