# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:11-00083-19 |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM HAYNES, |
| JUANA VELA-SALINAS | ) CHIEF JUDGE |

*[handwritten annotations: Overall This motion is GRANTED ... 2-10-14]*

### JUANA VELA-SALINAS'MOTION FOR "PROVISIONAL COUNSEL" TO BE APPOINTED "COUNSEL OF RECORD"

Defendant, Juana Edith Vela-Salinas, respectfully requests that this Honorable Court appoint her current "provisional counsel" as "counsel of record." Ms. Vela-Salinas has submitted a Financial Affidavit to the Court and has given a copy to counsel for the Government.

Respectfully Submitted:

/s *Deanna Bell Johnson*
Deanna Bell Johnson
Post Office Box 2494
Brentwood, TN 37027
(615) 403-6622

1