UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:11-000083-19 |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM HAYNES, |
| JUANA VELA-SALINAS | ) CHIEF JUDGE |

## JUANA VELA-SALINAS' MOTION FOR SPEEDY TRIAL

Defendant, Juana Edith Vela-Salinas, hereby invokes her Constitutional and Statutory right to a Speedy Trial.

*[Handwritten notation: DENIED For the reasons stated in the Memorandum and Order Dkt No. 675 and 676) This motion is DENIED. /s/ Will[iam Haynes] 4-17-14]*

Respectfully Submitted:

/s *Deanna Bell Johnson*
Deanna Bell Johnson
Post Office Box 2494
Brentwood, TN 37027
(615) 403-6622
Attorney For Vela-Salinas

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to AUSA Brent Hannafan via the Electronic Filing System on April 14, 2014.

/s *Deanna Bell Johnson*
Deanna Bell Johnson

1