UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:11-000083-19 |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM HAYNES, |
| JUANA VELA-SALINAS | ) CHIEF JUDGE |

*[Handwritten annotation: DENIED for the reasons stated in open court. The motions are DENIED. —illegible signature— 4-28-14]*

## JUANA VELA-SALINAS' MOTION TO SEVER DEFENDANTS OR, IN THE ALTERNATIVE, FOR RELEASE FROM CUSTODY

Defendant, Juana Edith Vela-Salinas, respectfully requests that this Honorable Court sever her case from that of her co-defendant, Aldo Villareal. In the alternative, Mrs. Vela-Salinas requests that this Court Order Mrs. Vela-Salinas' immediate release from custody pending trial. In support of this Motion, Mrs. Vela-Salinas states as follows:

This trial is currently scheduled for May 13, 2014. Mrs. Vela-Salinas has been in custody since April of 2013. This case has been set for trial several times. Mrs. Vela-Salinas has not once requested a continuance of the trial dates. Until the Motion to Continue trial filed today, co-defendant Villareal has not requested a continuance either.

This case was set for trial on February 11, 2014, and then again on February 18, 2014. The Government requested that those

1