UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No: 3:11-00083 |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM HAYNES |
| | ) CHIEF JUDGE |
| JUANA EDITH VELA-SALINAS | ) |

**MOTION TO REQUIRE ALL LAW
ENFORCEMENT TO RETAIN ALL
FIELD NOTES**

*[handwritten: Order / This motion is GRANTED / [signature] / 5-12-14]*

Defendant, Juana Edith Vela-Salinas, respectfully moves this Honorable Court for an Order requiring all government law enforcement officers and informants who investigated the charges in this case to retain and preserve all rough notes taken as a part of their investigation, whether or not the contents of such rough notes are incorporated in official records. This Motion is made in order that the trial court can determine whether disclosure of the requested rough notes is required under Brady v. Maryland, 373 U.S. 83 (1963), or the Jencks Act, 18 U.S.C. § 3500. In