IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 3:11-cr-00083-19 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| JUANA EDITH VELA-SALINAS | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendant Vela-Salinas's motion for bill of particulars (Docket Entry No. 685) is **DENIED**; motion to dismiss or to elect an offense (Docket Entry No. 687) is **DENIED**; motion to sever Defendant (Docket Entry No. 695) is **DENIED**; and motion for a change of venue (Docket Entry No. 715) is **DENIED**.

It is so **ORDERED**.

ENTERED this the ___18___ day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge