UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:11-000083-19 |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM HAYNES, |
| JUANA EDITH VELA-SALINAS | ) CHIEF JUDGE |

## JUANA EDITH VELA-SALINAS' MOTION TO RECONSIDER ORDER REQUIRING DEFENDANT TO RELEASE BUSINESS RECORDS

Defendant, Juana Edith Vela-Salinas, respectfully requests that this Honorable Court reconsider and reverse its Order requiring Defendant to release the business records of El Shaddai. There is no requirement in the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, or the Local Rules of Court that require such disclosure.

Furthermore, as this Court noted in the Hearing on the Government's Motion to Continue the trial, the defense was under absolutely no obligation to disclose the Report of Accountant Ron Hickman. The defense voluntarily disclosed the Report. The defense should not now be forced to give up documents that it is not required to disclose.

For these reasons, Defendant respectfully requests that this Honorable Court reconsider and reverse its decision

[Handwritten margin notes:]
*ORDER*
*This motion is GRANTED but only to [Lucas?]. The Order must be REAFFIRMED and documents necessary to test the Defense experts report need to be made available to challenge the expert opinions under Daubert. v all [signature]*
*7-23-14*

1