UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00083-19 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| JUANA EDITH VELA-SALINAS | ) | |

*[Handwritten annotation: ORDER — This motion is DENIED without prejudice to be renewed upon trial of the defendant. Motion and ruling of the defense experts. USDJ 7-23-14]*

**MOTION TO CONTINUE TRIAL TO HOLD A *DAUBERT* HEARING OR, ALTERNATIVELY, TO PROHIBIT RON HICKMAN FROM TESTIFYING AT TRIAL**

The United States of America, by its attorneys David Rivera, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, respectfully requests that this Court continue the trial date of July 29, 2104, due to the July 7, 2014 disclosure of a forensic accountant as an expert witness on defendant's behalf.

The United States respectfully requests this Court continue the trial in order to hold a "*Daubert* hearing" pursuant to Rules 403, 702, 703, and 704 of the Federal Rules of Evidence to determine whether defendant's expert should be permitted to testify at trial. In the alternative, the United States requests this Court order that defendant's expert, Ron Hickman, be prohibited from testifying at trial.

**Background**

On July 7, 2014, defendant's counsel disclosed that defendant would call an expert witness at trial and provided a report prepared by a forensic accountant, Ron Hickman, CPA/CFF, CFE. The report is dated June 30, 2104. It describes a forensic accounting of defendant's bank accounts and records relating to the purchase and sale of vehicles allegedly involved in the money laundering conspiracy charged in Count Two of the pending indictment. The report and the ten exhibits attached thereto are approximately 50 pages long. A copy of the report and exhibits is attached hereto as Exhibit 1.

1