UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:11-000083-19 ORDER |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM HAYNES, |
| JUANA VELA-SALINAS | ) CHIEF JUDGE |

*Based upon the Government's response (D/E No. 741) this motion is DENIED as moot. Given the complexity of this action, any 404(b) evidence that the Government becomes aware of after this Order shall be produced twenty (30) days prior to trial.*

### JUANA VELA-SALINAS' MOTION FOR RULE 404(b) EVIDENCE

Defendant, Juana Edith Vela-Salinas, respectfully requests that this Honorable Court order the Government to disclose any and all evidence that it intends to offer pursuant to Rule 404(b) of the Federal Rules of Evidence as evidence of "other crimes, wrongs, or acts." Rule 404(b) provides in part and requires that, "upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial . . . of the general nature of such evidence it intends to introduce at trial."

*[signature]*
*USDJ*
*10-30-14*

1